[No. 3243.  Decided May 27, 1899.]

ALBERT E. HALL, *Appellant*, v. CLAUS SKAVDALE, *Respondent.*

APPEALABLE ORDER—DISMISSAL OF ACTION FOR FAILURE TO PLEAD.

The supreme court has no jurisdiction of an appeal from an uncontested dismissal of a case, in which plaintiff failed to offer an amendment to his complaint within the time limited after a demurrer thereto was sustained.

APPEAL—LACK OF JURISDICTION—WHEN AND HOW RAISED.

A motion to dismiss an appeal for want of jurisdiction will be entertained even upon an oral suggestion at the time of trial.

Appeal from Superior Court, Clallam County.—Hon. JAMES G. McCLINTON, Judge.  Appeal dismissed.

Upon the sustaining of a demurrer to the complaint, plaintiff obtained leave to amend, and was given ten days therefor.  No amendment was offered within the time limited, whereupon defendant moved the court to dismiss

the action. · Plaintiff was duly served with notice of the hearing, but failed to contest such motion, which was sustained by the court and the action dismissed. Plaintiff now appeals.

*Brady & Gay* and *Milo A. Root,* for appellant.

*A. A. Richardson,* for respondent.

PER CURIAM.—Motion is made to dismiss this action for want of jurisdiction on the part of this court to try the same. The case falls squarely within the rule announced in *Pacific Supply Co. v. Brand,* 7 Wash. 357 (35 Pac. 72), and the motion will therefore be sustained.

It is urged by appellant that no proper service of the motion has been made, but, this being a jurisdictional question, as has often been decided by this court, the motion will be entertained, even upon an oral suggestion at the time of the trial.

The appeal is therefore dismissed.